# SUPPLEMENTAL ATTACHEMNT/EXHIBIT TO SENTENCING MEMORANDUM #1

Letters in Support of Defendant

Micheline Louis-Charles
Miramar, FL, 33025

07/07/2023

Re: McArnold Andre Charlemagne

To: The Honorable District Judge Richard D. Bennett

Mr. McArnold Charlemagne is my nephew. I am writing this letter on his behalf so that I can talk about who he is and hope it helps the court be lenient with him.

I have known Mr. McArnold Charlemagne all my life. He is a wonderful man, and very kind. When I came to the US as an immigrant, I became his guardian. It was a very big move coming to the US and looking out after both my son, and McArnold Charlemagne and his brother. I am very thankful that he has never caused me any trouble. So, I was very surprised to hear about what he is going through. He is a genuinely kind, caring, and loving individual, so it pains me that he has found himself in such a state. He is such a hard-working person, who would go above and beyond in everything he does. His personality is very infectious, it is one of the reasons he makes friends easily and I think it is why he is sometimes very naïve.

I have noticed how much his case has really affected him. I have been watching over him ever since he has been told about the severity of his situation. I have observed him go through depression and guilt because he knows what he did is wrong, and he realizes that the people he sometimes calls friends are only using him. I am trying to teach him using lessons from my personal life about how he should be more careful with the people he thinks are his friends. I have noticed that he has changed, and it is for the better.

I know that we cannot change the past, but as a Christian, I strongly believe that God sometimes put people through tough trials to get them on the right path. I believe this is what my nephew, Mr. McArnold Charlemagne, is going through. I sincerely believe he has seen the error of his way and will be given some leniency. I hope this journey takes him back to the loving, caring, and kind person I know he is.

Sincerely,

Micheline Louis-Charles

*Micheline Louis-Charly*

Evens Saint Clair
SWR-INTERNATIONAL .S.A
Bal Harbour, FL, 33154

07/10/2023

Re: McArnold Andre Charlemagne

To: The Honorable District Judge Richard D. Bennett

I am happy to write about Mr. McArnold Charlemagne in hope the court is lenient with him. For as long as I have known him, he has been a hard worker, very diligent, and honest in all his undertakings. He has helped me numerous times with many different projects that I had in the past. His keen eyes, arduousness, and assiduousness helped the projects be completed on time and saved me a lot of headaches. He always does his best to make sure to complete his tasks in a timely manner, and offers new ideas that would improve the projects' deliverables.

Additionally, he has become a great friend and adviser. The same care he takes with his work is the same he uses with the people that are close to him. I am happy to be one of those people. His kindness and good nature are the reasons why I have let him take care of my mom whenever I am away on business. Not once has my mom ever said anything negative about him and his conduct around her. He has become like a brother to me, and the services he provides are truly from the bottom of his heart. So, it pains me to learn that he is caught up in such a case, but I know he would never have done anything if he thought he was not helping those that employed him at the time. And, he would not be working for them if they had been truthful.

It is my sincere hope that this letter is taken into consideration when the court makes its final ruling. It would be a great loss to the community, to his friends and family if such a brilliant mind, and such a kind soul went away.

Sincerely,

Evens Saint Clair

# SUPPLEMENTAL ATTACHEMNT/EXHIBIT TO SENTENCING MEMORANDUM #2

## Language Fluency of Defendant in Multiple Languages

## LANGUAGE /IDIOM

| LANGUAGE | SPOKEN | READ | LEVEL |
|---|---|---|---|
| ENGLISH | YES | YES | FLUENT |
| SPANISH | YES | YES | VERY GOOD |
| FRENCH | YES | YES | FLUENT |
| HEBREW | NO | YES | INTERMEDIATE |
| ARABIC | NO | YES | INTERMEDIATE |
| KOREAN | NO | YES | INTERMEDIATE |
| JAPANESE | NO | HALF | VERY LOW |
| CHINESE | NO | NO | VERY LOW |
| UKRAINE | YES | YES | MEDIUM |
| RUSSIAN | YES | YES | MEDIUM |

### NOTES

**While I can read some symbols in Chinese (Mandarin), I cannot stated that I speak or read chinese. To properly read Mandarin, you will have to know a minimum of 3k symbols.

**Japanese is another language based on symbol but more structure than Mandarin. There are 3 different characters in Japanese (Kanji, Hiragana and Katana).

© ALL RIGHTS RESERVED | MCARNOLD CHARLEMAGNE